1

2

3      UNITED STATES DISTRICT COURT

4      NORTHERN DISTRICT OF CALIFORNIA

5      OAKLAND DIVISION

6

7   SEMPLICIO ALLAN TOMAS,

8              Plaintiff,                    No. C 12-2808 PJH (PR)

9      vs.                                   **ORDER OF DISMISSAL**

10  SANTA CRUZ BOARD OF
    SUPERVISORS, et al.,
11

12              Defendants.
    _____/

13          This is a civil rights case filed pro se by a state prisoner.  The clerk notified plaintiff

14  that his in forma pauperis ("IFP") application was deficient because he had not used the

15  prisoner form, had failed to submit the "Certificate of Funds in Inmate Account," and had

16  not attached a copy of transactions in his prison trust account.  Plaintiff filed a "Motion to

17  Reconsider Order to Pay Filing Fees," pointing out that as a civilly-committed sexually

18  violent predator he is not a "prisoner" as that term is used in the Prison Litigation Reform

19  Act.  The court agreed, but pointed out that he still is required to provide sufficient

20  information to determine whether he is qualified to proceed IFP, and ordered him to either

21  pay the filing fee or supply a declaration stating the amount of money in any institutional

22  trust account he might have.  He was warned that the case would be dismissed if he did not

23  do one or the other.  He has not responded.

24          Leave to proceed IFP (document number 7 on the docket) is **DENIED**.  This case is

25  **DISMISSED** without prejudice.  The clerk shall close the file.

26          **IT IS SO ORDERED.**

27  Dated:  August 3, 2012.      _____

28                                  PHYLLIS J. HAMILTON
                                    United States District Judge

United States District Court
For the Northern District of California

G:\PRO-SE\PJH\CR.12\Tomas2808.dismiss ifp.wpd