**United States District Court**
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5                                  OAKLAND DIVISION

6

7    SEMPLICIO ALLAN TOMAS,

8                    Plaintiff,                        No. C 12-2808 PJH (PR)

9        vs.                                           **ORDER OF DISMISSAL**

10   SANTA CRUZ BOARD OF
     SUPERVISORS, et al.,
11

12                   Defendants.
     _____/

13          This is a civil rights case filed pro se by a state prisoner.  The clerk notified plaintiff

14   that his in forma pauperis ("IFP") application was deficient because he had not used the

15   prisoner form, had failed to submit the "Certificate of Funds in Inmate Account," and had

16   not attached a copy of transactions in his prison trust account.  Plaintiff filed a "Motion to

17   Reconsider Order to Pay Filing Fees," pointing out that as a civilly-committed sexually

18   violent predator he is not a "prisoner" as that term is used in the Prison Litigation Reform

19   Act.  The court agreed, but pointed out that he still is required to provide sufficient

20   information to determine whether he is qualified to proceed IFP, and ordered him to either

21   pay the filing fee or supply a declaration stating the amount of money in any institutional

22   trust account he might have.  He was warned that the case would be dismissed if he did not

23   do one or the other.  He has not responded.

24          Leave to proceed IFP (document number 7 on the docket) is **DENIED**.  This case is

25   **DISMISSED** without prejudice.  The clerk shall close the file.

26          **IT IS SO ORDERED.**

27   Dated:  August 3, 2012.        _____

28                                              PHYLLIS J. HAMILTON
                                            United States District Judge

G:\PRO-SE\PJH\CR.12\Tomas2808.dismiss ifp.wpd